**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

TANNER TREPASSO, individually and on behalf of all others similarly situated,

Plaintiff,

v.

KUNES BUICK GMC OF GREENFIELD, INC.; KUNES COUNTRY AUTOMOTIVE MANAGEMENT, INC. d/b/a KUNES AUTO GROUP; and INFORMATIV, LLC, f/k/a CREDIT CONNECTION, LLC d/b/a CREDIT BUREAU CONNECTION,

Defendants.

Case No. ____________________

---

**NOTICE OF REMOVAL BY DEFENDANT INFORMATIV, LLC**

---

Informativ, LLC ("Informativ"), by its undersigned counsel, hereby removes this civil action from the Circuit Court for Waukesha County, Wisconsin, Case No. 2026CV001768, to the United States District Court for the Eastern District of Wisconsin pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. In support, Informativ states as follows:

1. On October 6, 2026, Plaintiff Tanner Trepasso filed a Class Action Complaint and Jury Demand ("Complaint") in the Circuit Court for Waukesha County, Wisconsin, captioned *Tanner Trepasso v. Kunes Buick GMC of Greenfield, Inc., et al.*, Case No. 2026CV001768 (the "State-Court Action").

2. The Complaint names Informativ, Kunes Buick GMC of Greenfield, Inc., and Kunes Country Automotive Management, Inc. d/b/a Kunes Auto Group as defendants.

3. The Complaint alleges that a consumer credit report was obtained without a permissible purpose and expressly invokes the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §

1681 et seq. *See* Compl. ¶¶ 1–3, 86-110. Specifically, the Complaint asserts four counts of alleged violations of the FCRA. *See id.,* ¶¶ 86-91 (Count I: Violation of 15 U.S.C. § 1681b(f)); ¶¶ 92-97 (Count II: Violation of 15 U.S.C. § 1681b(f)); ¶¶ 98-104 (Count III: Violation of 15 U.S.C. § 1681e(e)); ¶¶ 105-110 (Count IV: Violation of 15 U.S.C. § 1681b(a) and 1681e(a)).

4. This Court has original subject-matter jurisdiction under 28 U.S.C. § 1331 because the Complaint asserts claims arising under federal law, including the FCRA. *See also* 15 U.S.C. § 1681p (authorizing FCRA actions in a United States district court or other court of competent jurisdiction).

5. Removal is proper under 28 U.S.C. § 1441(a) because this is a civil action of which this Court has original jurisdiction. To the extent the Complaint includes state-law claims arising from the same alleged transaction, this Court has supplemental jurisdiction under 28 U.S.C. § 1367(a).

6. The United States District Court for the Eastern District of Wisconsin is the proper district for removal under 28 U.S.C. § 1441(a) because Waukesha County lies within this District. *See* 28 U.S.C. § 130(a).

7. Informativ was served with the Summons and Complaint on October 26, 2026. Upon information and belief, Defendant Kunes Buick GMC of Greenfield, Inc. was served on November 6, 2026, and Defendant Kunes Country Automotive Management, Inc. was also served on November 6, 2026.

8. Pursuant to 28 U.S.C. § 1446(a), attached hereto as **Exhibit A** are true and correct copies of all process, pleadings, and orders served upon Informativ in the State-Court Action.

9. This Notice is timely under 28 U.S.C. § 1446(b)(1) because it is filed within 30 days after Informativ was served with the Summons and Complaint on October 26, 2026, that is, on or before November 25, 2026.

10. Pursuant to 28 U.S.C. § 1446(b)(2)(A), all defendants who have been properly joined and served consent to removal of this action. Specifically, Defendants Kunes Buick GMC of Greenfield, Inc. and Kunes Country Automotive Management, Inc. d/b/a Kunes Auto Group, through their counsel, have expressly consented to removal of this action to the United States District Court for the Eastern District of Wisconsin, which is memorialized in the Consent to Removal attached hereto as **Exhibit B**.

11. Promptly after filing this Notice, Informativ will provide written notice to all adverse parties and file a copy of this Notice with the clerk of the Circuit Court for Waukesha County, Wisconsin, in accordance with 28 U.S.C. § 1446(d).

12. By removing this action, Informativ does not waive any defenses, objections, or rights available under federal or state law, including any defenses or objections under Fed. R. Civ. P. 12(b), any objections to the sufficiency of process or service of process, and any right to compel arbitration.

WHEREFORE, Informativ removes the State-Court Action to the United States District Court for the Eastern District of Wisconsin and requests that the Court exercise jurisdiction over this action.

Dated: November 25, 2026

Respectfully submitted,

**DEWITT LLP**

By: */s/ Laura M. Davis*
Laura M. Davis (#1100008)
John C. Gardner (#1049890)
25 W. Main Street, Suite 800
Madison, WI 53703
Phone: 608-252-8891
Fax: 608-252-9243
lmd@dewittllp.com
jcg@dewittllp.com

**Counsel for Defendant Informativ, LLC**